Matter of LeVan (2023 NY Slip Op 06307)

Matter of LeVan

2023 NY Slip Op 06307

Decided on December 7, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 7, 2023

PM-275-23
[*1]In the Matter of Peter Houghton LeVan Jr., an Attorney. (Attorney Registration No. 5103171.)

Calendar Date:December 4, 2023

Before:Egan Jr., J.P., Aarons, Ceresia, Fisher and McShan, JJ.

Peter Houghton LeVan Jr., Blackwood, New Jersey, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Peter Houghton LeVan Jr. was admitted to practice by this Court in 2013 and lists a business address in Marlton, New Jersey with the Office of Court Administration. LeVan now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it opposes LeVan's application based on omissions made within his application.
Upon reading LeVan's affidavit sworn to September 28, 2023 and filed October 3, 2023, supplemental filing of Levan sworn to November 27, 2023 and upon reading the November 15, 2023 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that LeVan is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Egan Jr., J.P., Aarons, Ceresia, Fisher and McShan, JJ., concur.
ORDERED that Peter Houghton LeVan Jr.'s application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Peter Houghton LeVan Jr.'s name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Peter Houghton LeVan Jr. is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and LeVan is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Peter Houghton LeVan Jr. shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.